ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                                              PAGE 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

Roderick Davis #231175
_____
Plaintiff

v.

Ms. Dept. of Corrections,
Vitalcore Health Strategies, Et Al
_____
Defendant

CASE NO.  4:21-cv-153-DMB-DAS

### PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

    A. Legal name: Roderick Davis

    B. Name under which sentenced: Roderick Davis

    C. Inmate identification number: 231175

    D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): P.O. Box 88550 - Unit 720 A1, Pearl, Ms. 39208

    E. Place of confinement: Unit 720 Central Ms. Correctional Facility, Pearl Ms.

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

    Name: Cont'd on Page 2

    Title (Superintendent, Sheriff, etc.):

    Defendant's mailing address (street or post office box number, city, state, ZIP)

(1)

Contd. Question No. 2 Page 2

1.) Mississippi Department of Corrections
301 N. Lamar St.
Jackson, Ms. 39201

2.) Commissioner of Corrections (M.D.O.C.)
Burl Cain
301 N. Lamar St.
Jackson, Ms. 39201

3.) M.D.O.C. Cheif Medical Officer
Dennis Gregory
301 N. Lamar St.
Jackson, Ms. 39201

4.) Vitalcore Health Strategies
C.M.C.F. Administration at R+C Clinic
P.O. Box 88550
Pearl, Ms. 39208

5.) C.M.C.F. Medical Director
Doctor Brazier
P.O. Box 88550
Pearl, Ms. 39208

6.) Unamed Medical Staff
Both C.M.C.F. R+C and Unit 720 Clinics
P.O. Box 88550
Pearl, Ms. 39208

7.) C.M.C.F. Unit 720 Clinic
Nurse Practioner Nina Waltzer
P.O. Box 88550
Pearl, Ms. 39208-8550

8.) C.M.C.F. Unit 720 Nurse Practioner Hamil
P.O. Box 88550
Pearl, Ms. 39208-8550

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                              PAGE 2

Name: _____

Title (Superintendent, Sheriff, etc.): _____

Defendant's mailing address (street or
post office. box number, city, state, ZIP) _____

Name: _____

Title (Superintendent, Sheriff, etc.): _____

Defendant's mailing address (street or
post office box number, city, state, ZIP) _____

Name: _____

Title (Superintendent, Sheriff, etc.): _____

Defendant's mailing address (street or
post office box number, city, state, ZIP) _____

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, ☐ Yes  ☑ No
   state or federal, dealing with or pertaining to the same facts
   that you allege in this lawsuit or otherwise relating to your
   imprisonment?

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

   A. Parties to the lawsuit:

   Plaintiff(s): _____N/A_____

   Defendant(s): _____

   B. Court: _____  C. Docket No.: _____

   D. Judge's Name: _____  E. Date suit filed: _____

   F. Date decided: _____  G. Result (affirmed, reversed, etc.): _____

5. Is there a prisoner grievance procedure or sys-   ☑ Yes   ☐ No
   tem in the place of your confinement?

6. If "Yes," did you present to the grievance sys-   ☑ Yes   ☐ No
   tem the same facts and issues you allege in
   this complaint? (See question 9, below).

7. If you checked "Yes" in Question 6, answer the following
   questions:

Contd. Question No. 2 Page 6
Statement of Claims

Plaintiff suffers from OSA (Obstructive sleep apnea, and has to use daily a CPAP machine as part of his medical care. Plaintiff also suffers from Essentail Hypertension and Type II Diabetes mellitus uncontrolled, along with Hyperlipidemia, Postoperative Pain, Balanitis, and Phimosis and have enclosed Medical Records as Proof listed as Exhibits 1-25 of the Plaintiff's medical records before entering the Central Mississippi Correctional Facility in Pearl Ms. For Entery into the Mississippi Department of Corrections to start his present Prison Sentence and the Defendants Placing the Plaintiff's life in Jepordy by the denial and Prelonging of Direct Medical Care Needed by the Plaintiff for his Everyday life. Plaintiff came to Prison Furnishing his own CPAP Machine in which is an Airsense 10 Model No. [REF] 37021 that Defendant Vitalcore health Stategies and their medical staff refuse to Furnish Filters and distelled water as well as directed in Exhibits 1-10 For the Proper use of Plaintiff's CPAP machine. Plaintiff's Blood suger check and insulin has been stopped and denied completely by Medical Staff at Unit 720 of the C.M.C.F. that infact could cause the Plaintiff to die if he were to go into dibetic coma without being treated when his sugar count raise's due to his dibetis. Plaintiff's house around 12 feet from stagnet water from a leak in the wall thats over 6 month's old and staff of M.D.O.C. Unit 720 Refuse to Place a work order For its Repair. The Zone at C.M.C.F. Unit 720 A1-B zone where Plaintiff is housed is full of Black mold and meldew, as well as spiders and Roaches that no Pesticides what-so-ever is used to kill and controll their spread. Plaintiff is housed on a Non-medical zone that 60 persent of the offenders smoke cigs and the Building is not Properly vented and the vents are full of dust that never get cleaned and the Commissioner of Corrections has allowed the staffing to get to a dangerous point where no security what-so-ever in the Unit Towers for hours at a time making it impossible to get medical Assistance in the case of a Medical Emergency. The M.D.O.C. Commissioner of Corrections Burl Cain Refuse's to Insure the safety of Prison Offenders in his care, and allows the Medical Contractor to Refuse treatment to Medical Class Offenders in his care. The C.M.C.F. Cheif Medical Officer Dennis Gregory Refuse's to Do his Job and Perposely Allows Vitalcore Health Stategies to violate and Breach their contract (medical) with the Ms. Dept. of Corrections and does nothing what-so-ever to investigate and disipline any Medical Staff Employed by Vitalcore Health Strategies. Vitalcore Health Strategies have a minues (-5) Five Rating on the Enternet and many Post's some 300 of them From Vitalcore Employee's and Ex-Employee's stating the Perposefull Denial of Medical Care to Prison Inmates, lieing to staff about pay, etc. and Vitalcore Health Stategies has very Poor Management and Perposely Directs staff Employee's at the Central Mississippi Correctional Facility in Pearl Ms. to cut out Medications, Refuse to make off grounds specialist Oppointments. Deny giving Medical Aids

(1)

Contd. Question No. 9 Page No. 1

And supplies needed by the Plaintiff and other offenders. Refuse and prolong medical care to the Plaintiff and also the perposefull delay in the sick call request by the Plaintiff and other offenders. Medical Director Dr. Brazier at C.M.C.F. allows the mistreatment of Plaintiff and all other offenders as well as letting N.P. Nina Waltzer and N.P. Hamil to refuse care to Plaintiff at will and allow them to deny treatment and medication to the Plaintiff as well as to change medical orders of the Plaintiff in special fields of medicine they are not quilified as specialist in.

(2)

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)   PAGE 4

> Special Note: Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

N/A

9. Write below, as briefly as possible, the facts of your case. Describe how each Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

Cont'd on Pages 6 and 7   Suiting defendants individually and officially   Exhibits Enclosed No. 1-25

(5)